IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**RONALD MARTIN,**

    **Plaintiff,**

vs.                                            Case No.: 2:15-cv-2294
                                                 JUDGE GEORGE C. SMITH
                                                 Magistrate Judge Vascura

**CODY POSEY**, *et al.*,

    **Defendants.**

## ORDER

On January 10, 2018, the United States Magistrate Judge issued a *Report and Recommendation* recommending that Defendants' Motion for Summary Judgment be granted. (*See Report and Recommendation*, Doc. 109). The parties were advised of their right to object to the *Report and Recommendation* and of the consequences of their failure to do so. There has nevertheless been no objection to the *Report and Recommendation*.

The *Report and Recommendation* is hereby **ADOPTED** and **AFFIRMED.** Defendants' Motion for Summary Judgment is hereby **GRANTED.** Final judgment shall be entered in favor of Defendants.

The Clerk shall remove Documents 85 and 109 from the Court's pending motions list.

    **IT IS SO ORDERED**.

                                                      */s/ George C. Smith*
                                                      **GEORGE C. SMITH, JUDGE**
                                                      **UNITED STATES DISTRICT COURT**